UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**IMS Health Incorporated, et al.**

    **v.**　　　　　　　　　　　　　　Case No. 06-cv-280-PB

**NH Attorney General**


### ORDER

The preliminary injunction hearing shall be consolidated with the hearing on the merits.

On or before September 12, 2006, the parties shall inform the court as to whether they are prepared to stipulate as to the content of the preliminary injunction hearing record.  If a stipulation cannot be reached as to the content of the record, the October 19, 2006 preliminary injunction hearing will be cancelled and a new hearing will be set for January 2007.  If a new hearing date is set for the preliminary injunction hearing, the parties shall agree on and file, on or before September 19, 2006, a schedule for the expedited completion of discovery and the designation of experts.

This order is entered without prejudice to the plaintiffs' right to seek a temporary restraining order.

All pending motions other than the motion for preliminary injunction are denied as moot in light of this order.

SO ORDERED.

/s/Paul Barbadoro<br>
Paul Barbadoro<br>
United States District Judge

September 6, 2006

cc: Jeffrey C. Spear, Esq.
    Patricia Acosta, Esq.
    Thomas Julin, Esq.
    Richard W. Head, Esq.
    David Rienzo, Esq.
    Charles R. A. Morse, Esq.
    Donald B. Ayer, Esq.
    Stephen J. Judge, Esq.