UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

IMS HEALTH INCORPORATED, a Delaware )
corporation and VERISPAN, LLC, a Delaware )
limited liability company, )
                     )
           Plaintiffs, )
                     )    Case No. 06-CV-280-PB
vs. )
                     )
KELLY A. AYOTTE, as Attorney General of )
the State of New Hampshire, )
                     )
           Defendant )

## STATE'S WITNESS LIST

NOW COMES the State of New Hampshire (the "State"), by and through the Office of

the Attorney General, and respectfully submits the following Witness List for trial in the above

referenced matter.

1. Dr. Jerry Avorn
   Professor of Medicine, Harvard Medical School
   Chief, Division of Pharmacoepidemiology and Pharmacoeconomics
   Brigham and Women's Hospital
   1620 Tremont Street, Suite 3030
   Boston, MA 02120
   (617) 278-0930

2. Dr. Aaron S. Kesselheim
   Division of Pharmacoepidemiology and Pharmacoeconomics
   Brigham and Women's Hospital
   1620 Tremont St., Suite 3030
   Boston MA  02115
   (617) 278-0930

3. Dr. Gary A. Sobelson
   Concord Family Medicine
   141 East Side Drive
   Concord, NH. 03301
   (603) 225-3427

4. Dr. Marc Sadowsky
   New England Neurological Associates
   Medical Arts Building
   168 Kinsley Street, Suite #1
   Nashua, NH 03061
   (603) 882-2114

5. Shahram Ahari
   1524 Berkeley Way, Apt A
   Berkeley, CA  94703
   cell:  (510) 684-8509

6. The Defendant reserves the right to present testimony, by reference to deposition transcripts or portions of deposition video, or to call any witness listed by the Plaintiffs.

7. The Defendant reserves the right to call rebuttal or impeachment witnesses not listed or identified herein as necessary and as allowed by the Court, depending on the evidence allowed at trial.

8. In accordance with the Discovery Plan (Court document No. 34), and the Order approving the Discovery Plan, the Defendant designates the declarations and depositions described in its Exhibit List, filed concurrently with this Witness List.

All parties have submitted witness declarations to the Court.  The video depositions of all of the State's witnesses and many of the Plaintiffs' witnesses have been taken.  The State's position is that all witnesses for both parties can be submitted by declaration, deposition transcript and video, with relevant portions to be presented in argument to the Court.

Respectfully submitted,

THE STATE OF NEW HAMPSHIRE
Kelly A. Ayotte
Attorney General

Date:  12/22/2006                        /s/Richard W. Head
                          By:   Richard W. Head (N.H. Bar No. 7900)
                                Senior Assistant Attorney General

                                David A. Rienzo (N.H. Bar No. 13860)
                                Assistant Attorney General

                                Laura E. B. Lombardi (N.H. Bar No. 12821)
                                Assistant Attorney General

33 Capitol Street
Concord, New Hampshire 03301
(603) 271-3643

**<u>Certification of Service</u>**

I hereby certify that a copy of the foregoing document was filed electronically and served electronically by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.  Jeffrey C. Spear, Esquire, James Bassett,  Esquire, Patricia Acosta, Esquire and Thomas R. Julin, Esquire have appeared as counsel of record for plaintiffs IMS Health Incorporated and Verispan, LLC.


_____/s/Richard W. Head_____
By:    Richard W. Head (N.H. Bar No. 7900)