UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IMS HEALTH INCORPORATED, a Delaware corporation and VERISPAN, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>KELLY A. AYOTTE, as Attorney General of the State of New Hampshire,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)  Case No. 06-CV-280-PB<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEPOSITION DESIGNATION**

NOW COMES the State of New Hampshire (the "State"), by and through the Office of the Attorney General, and respectfully submits the following designation of depositions for trial in the above referenced matter in accordance with the Discovery Plan (Court document No. 34), and the Order approving the Discovery Plan. Each deposition designated in this Deposition Designation has been identified in the State's Exhibit List, filed concurrently with this document.

The State designates the depositions (including both transcript and video) of the following witnesses:

1. Dr. Jerry Avorn
   Professor of Medicine, Harvard Medical School
   Chief, Division of Pharmacoepidemiology and Pharmacoeconomics
   Brigham and Women's Hospital
   1620 Tremont Street, Suite 3030
   Boston, MA 02120
   (617) 278-0930

2. Dr. Aaron S. Kesselheim
   Division of Pharmacoepidemiology and Pharmacoeconomics
   Brigham and Women's Hospital
   1620 Tremont St., Suite 3030
   Boston MA  02115

(617) 278-0930

3. Dr. Gary A. Sobelson
   Concord Family Medicine
   141 East Side Drive
   Concord, NH. 03301
   (603) 225-3427

4. Dr. Marc Sadowsky
   New England Neurological Associates
   Medical Arts Building
   168 Kinsley Street, Suite #1
   Nashua, NH 03061
   (603) 882-2114

5. Shahram Ahari
   1524 Berkeley Way, Apt A
   Berkeley, CA  94703
   cell:  (510) 684-8509

6. The Defendant reserves the right to designate testimony, by reference to deposition transcripts or portions of deposition video, of any witness listed by the Plaintiffs.

Respectfully submitted,

THE STATE OF NEW HAMPSHIRE
Kelly A. Ayotte
Attorney General

Date:  12/22/2006

By:       /s/Richard W. Head
    Richard W. Head (N.H. Bar No. 7900)
    Senior Assistant Attorney General

    David A. Rienzo (N.H. Bar No. 13860)
    Assistant Attorney General

    Laura E. B. Lombardi (N.H. Bar No. 12821)
    Assistant Attorney General

    33 Capitol Street
    Concord, New Hampshire 03301
    (603) 271-3643

**Certification of Service**

      I hereby certify that a copy of the foregoing document was filed electronically and served electronically by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.  Jeffrey C. Spear, Esquire, James Bassett,  Esquire, Patricia Acosta, Esquire and Thomas R. Julin, Esquire have appeared as counsel of record for plaintiffs IMS Health Incorporated and Verispan, LLC.


                                                   /s/Richard W. Head
By:   Richard W. Head (N.H. Bar No. 7900)