UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IMS HEALTH INCORPORATED, a Delaware )
corporation; VERISPAN, LLC, a Delaware )
limited liability company, )
                                          )
                Plaintiffs, )          Case No. 06-CV-280-PB
                                          )
vs. )
                                          )
KELLY A. AYOTTE, as Attorney General of )
the State of New Hampshire, )
                                          )
               Defendant. )

Plaintiffs' Witness List & Designations of Depositions and Declarations

       Plaintiffs, IMS Health Incorporated and Verispan LLC, pursuant to the parties' approved

Discovery Plan, hereby file their witness list and the designations of deposition and declarations

as follows:

A.     Witness List

         (1)    Dr. Thomas Wharton, Jr., M.D., F.A.C.C
                 Exeter Cardiovascular Associates
                 Perry Medical Building
                 3 Alumni Drive, Suite 206
                 Exeter, NH  03833
                 Tel. 603.773.9992

         (2)    Jody Fisher
                 Vice President of Product Management
                 Verispan LLC
                 800 Township Line Road
                 Yardley, PA 19067
                 Tel.  267-685-4394

         (3)    Hossam Sadek
                 Vice President, Sales Force Effectiveness Business Line
                 IMS Health Incorporated
                 660 West Germantown Pike

Plymouth Meeting, PA 19462
Tel. 203.319.4584

(4)    Dr. Göran Ando
Linköping Medical University
581 83 LINKÖPING
SWEDEN
Tel. 011 44 1753 482 454

(5)    Dr. Andrew J. Cole
Massachusetts General Hospital
Director, Epilepsy Service
Neurology Service
55 Fruit Street, VBK 830
Boston, MA 02114
Tel. 617.726.3311

(6)    Dr. Jonathan Glaser
Chief Information Officer
Partners HealthCare of Massachusetts
800 Boyleston Street - Suite 1150
Boston, MA 02199
Tel.  617 278.1104

(7)    Randolph B. Frankel
Vice President of  Corporate Affairs
IMS Health Incorporated
660 West Germantown Pike
Plymouth Meeting, PA 19462
Tel. 203.319.4584

(8)    Robert Hunkler
Director of Professional Relations
IMS Health Incorporated
16128 Red Mountain Trail
Scottsdale, AZ  85268
Tel. 480.836.8989

(9)    James Mahon
General Manager
IMS Health Incorporated
660 West Germantown Pike
Plymouth Meeting, PA 19462
Tel. 203.319.4584

2

(10)    August Dobish
Vice President of Regulatory Law
Rite-Aid Corporation
30 Hunter Lane Camp Hill,
Pennsylvania 17011
Tel. 717.730.8272

(11)    Jeremy Eggleton
c/o Orr & Reno, P.A.
One Eagle Square - P.O. Box 3550
Concord, NH 03302-3550
603.223.9100

(12)    Eli Lilly Co. Records Custodian
Lilly Corporate Center
Indianapolis, IN  46285
Tel. 317.651.6523

B.    <u>Deposition Designations</u>

The plaintiffs designate the entire depositions, declarations, and exhibits to the depositions and declarations of the following witnesses:

(1)    Dr. Thomas Wharton, Jr., M.D., F.A.C.C

(2)    Jody Fisher

(3)    Hossam Sadek

(4)    Dr. Göran Ando

(5)    Dr. Andrew J. Cole

(6)    Dr. Jonathan Glaser

(7)    August Dobish

(8)    Randy Frankel

(9)    Robert Hunkler

(10)    Jim Mahon

(11)    Jeremy Eggleton

3

Prior to making this designation, counsel for the plaintiffs discussed the designations with counsel for the defendant.  Counsel for the Attorney General advised that he planned to designate the entire depositions and declarations of the Attorney General's witnesses.  Counsel then discussed whether the Court might be assisted by designations of only portions of the depositions by page and line number and evidentiary objections, but jointly concluded that such designations and objections would not be helpful because the issues will be tried without a jury and the Court can determine the weight to be accorded the testimony in the depositions.  The parties reserve the right to argue regarding the weight to be accorded to any of the declarations, depositions, or exhibits.

Respectfully submitted,

Hunton & Williams LLP

By      /s/ Thomas R. Julin
    Thomas R. Julin & Patricia Acosta
    Fla. Bar Nos. 325376 &  614599
    Admitted *Pro Hac Vice*
    1111 Brickell Avenue - Suite 2500
    Miami, FL  33131
    305.810.2516 Fax 2460
    tjulin or pacosta@hunton.com

Orr & Reno, P.A.
    James P. Bassett & Jeffrey C. Spear
    New Hampshire Bar Nos. 358 & 14938
    One Eagle Square - P.O. Box 3550
    Concord, NH 03302-3550
    603.223.9100 Fax 9000
    jbassett or jspear@orr-reno.com

Attorneys for IMS Health Incorporated and Verispan LLC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by electronic

filing on December 22, 2006, to:

> Richard Head
> Assistant Attorney General of the State of New Hampshire
> 33 Capitol Street
> Concord, NH 03301
> 603.271.3658 Fax 2110

s/ Thomas R. Julin