UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>IMS Health Incorporated, et al.</u>

       v.                           Case No. 06-cv-280-PB

<u>New Hampshire Attorney General</u>

<u>O R D E R</u>

Effective October 1, 2005, Electronic Filing became mandatory in all cases in this district. In the order granting his pro hac vice admission dated December 20, 2006, Attorney Craig Becker was notified that his admission was contingent on registering for ECF within 10 days. On January 17, 2007, the clerk's office made a courtesy telephone call to Attorney Becker's office to inform him that his ECF registration was past due and to request he immediately register for ECF. As of this date, Attorney Becker has not registered for ECF.

Attorney Becker shall register for ECF on or before February 8, 2007. If Attorney Becker fails to register within this time frame, the court will immediately revoke his pro hac admission status and will remove him as counsel of record in the case without further order of the court.

SO ORDERED.

Date: February 1, 2007                          /s/ Paul Barbadoro
                                                              Paul J. Barbadoro
                                                              District Judge

cc: Counsel of Record