UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IMS HEALTH INCORPORATED, a Delaware )<br>corporation; VERISPAN, LLC, a Delaware )<br>limited liability company, )<br>)<br>       Plaintiffs, )<br>)<br>vs. )<br>)<br>KELLY A. AYOTTE, as Attorney General of )<br>the State of New Hampshire, )<br>)<br>       Defendant. )<br>)                   | Case No. 06-CV-280-PB |

<u>Joint Stipulation Regarding the Record</u>

       Plaintiffs, IMS Health Incorporated and Verispan LLC and New Hampshire Attorney General jointly stipulate that the record in this case consists of the testimony of the witnesses offered at trial and the following exhibits:

**<u>Joint Trial Exhibits</u>**

    1.     Legislative History of House Bill 1346.

**<u>Plaintiff's Exhibits</u>**

Trial
<u>Exhibit No.</u>       <u>Exhibit Description</u>[1]

    1.        11/09/06 Deposition of John P. Glaser with Exhibit

    2.        11/09/06 Deposition of Andrew J. Cole with Exhibits

    3.        11/13/06 Deposition of Göran Albert Tortensson Ando, M.D. with
              Exhibit

    4.        11/20/06 Deposition of Jody Fisher with Exhibits

---

[1]    The parties have separately filed a joint designation and cross-designation of the portions of each of the depositions offered as trial exhibits that are to be considered by the Court.

Case No. 06-CV-280-PB

5.          11/20/06  Deposition of Hossam Sadek with Exhibits

6.          11/21/06 Deposition of August J. Dobish with Exhibits

7.          12/07/06 Deposition of Thomas Wharton, M.D.

8.          07/20/06 Declaration of Thomas P. Wharton Jr., M.D., F.A.C.C with
            Exhibit, which consists of Curriculum Vitae.

9.          07/27/06  Declaration of Robert J. Hunkler

10.         07/27/06  Declaration of Jody Fisher

11.         07/27/06 Declaration of Hossam Sadek

12.         07/26/06 Declaration of Göran Ando

13.         07/27/06  Declaration of Randolph B. Frankel

14.         07/27/06  Declaration of James Mahon

15.         07/2706  Declaration of Jeremy Eggleton

16.         08/30/06 Declaration of August Dobish

17.         10/16/06 Declaration of Dr. John Glaser

18.         10/16/06 Declaration of Dr. Andrew Cole, M.D., F.R.C.P. (C.) with
            Exhibit which consists of Curriculum Vitae.

19.         Okie, Susan, *AMA Criticized for Letting Drug Firms Pay for Ethics
            Campaign*, The Washington Post  (Aug. 30 2001) (Exhibit 2 to Dr.
            Avorn's Deposition).

20.         Mitzik, Natalie & Jacobson, Robert, *Are Physicians "Easy Marks"?
            Quantifying the Effects of Detailing and Sampling on New Prescriptions*,
            Management Science, Vol. 50, No. 12 (Dec. 2004) (Exhibit 3 to Dr.
            Avorn's Deposition).

21.         "Show Me the Evidence," a project of the Canadian Academic Detailing
            Collaboration and Drug Policy Futures  (Exhibit 4 to Dr. Avorn's
            Deposition).

22.         Avorn M.D., Jerry *Powerful Medicines, The Benefits, Risks and Costs of
            Prescription Drugs,* (Exhibit 5 to Dr. Avorn's Deposition).

Case No. 06-CV-280-PB

23.        National Prescribing Service Limited,
           http://www.nps.org.au.site.php?page=2&content=
           /resources%2Fcontent%2Fnps_whowe...  (Exhibit 6 to Dr. Avorn's
           Deposition).

24.        The Health Report, Drug Regulation and Drug Safety
           http://www.abc.go.au./rn/healthreport/stories/2006/1657545.htm (Exhibit
           7 to Dr. Avorn's Deposition).

25.        Market Watch Article:  *Extensions of Intellectual Property Rights and
           Delayed Adoption of Generic Drugs: Effects on Medicaid Spending* by
           Aaron S. Kesselheim, Michael A. Fischer and Jerry Avorn, Health Affairs,
           Vol. 25, No. 6 (De. 2006) (Exhibit 1 to Kesselheim's Deposition).

26.        Prozac® Fluoxetine Capsules, USP (PV 5321 DPP) (Exhibit 1 to Ahari's
           Deposition).

27.        Zyprexa® ZYSDIS® (PV 5195 AMP) (Exhibit 2 to Ahari's Deposition).

28.        The Red Book (Exhibit 3 to Ahari's Deposition).

29.        IMS Health Solutions Overview
           http://wwwimshealth.com/ims/portal/front/
           indexC/o,02773,6599_43089758_0,00.html  (Exhibit 2 to Sadek's
           Deposition).

30.        Safety Information Alerts/ FDA Public Health Advisory (July 19, 2006)
           http://fda.ov/medwathc/safety/2006/safety06.htm (Exhibit 3 to Sadek's
           Deposition).

31.        Supporting Documentation to Hossam Sadek's Declaration (Exhibit 4 to
           Sadek's Deposition).

32.        Articles Reviewed by Dr. Andrew Cole (Exhibit 2 to Cole's Deposition).

51.        Details for large brands with expiry in 2005 or 2006 (chart used in
           Hossam Sadek's Deposition).

52.        Generic Erosion of large brands with expiry in 2005 and 2006 [by week]
           (chart used in Hossam Sadek's Deposition).

53.        Generic Erosion of large brands with expiry in 2005 and 2006 [by month]
           (chart used in Hossam Sadek's Deposition).

54.        In New Hampshire for the same products, Generic erosion is similar to
           national rates (chart used in Hossam Sadek's Deposition).

56.        Crestor® Powerpoint Presentation by Jeanne Bruno-Joyce, PharmD.

61.        Evolution of Clinical Practice Guidelines, Evidence Supporting Standard Use of Medicines.

63.        Shahram Ahari's Manager Exit Report from Eli Lilly & Co.

65.        Research Request to IMS.

### State's Exhibits

| Trial Exhibit No. | Exhibit Description |
|---|---|

A(1).    Declaration Dr. Jerry Avorn and Dr. Aaron Kesselheim.

A(2)    Okie S. AMA *Criticized For Letting Drug Firms Pay For Ethics Campaign*. Wash Post. Aug 30, 2001

A(3)    Dana J, Loewenstein G. *A Social Science Perspective On Gifts To Physicians From Industry*. JAMA 2003;290:252-255.

A(4)    Peay MY & Peay ER. *The Role Of Commercial Sources In Adoption Of A New Drug*. Soc Sci Med 1988;26(12):1183-9

A(5)    Berndt ER, Bui L, Reiley DR, Urban GL. *Information, Marketing, And Pricing In The US Antiulcer Drug Market*. Amer Econ Rev 100 1995;85:100-5

A (6)    Wazana A. *Physicians And The Pharmaceutical Industry: Is A GiftEever Just A Gift?*JAMA 2000;283:373-80

A(7)    Peay MY & Peay ER. *Innovation In High Risk Drug Therapy*. Soc Sci Med 1994;39(1):39-52

A(8)    Chren M-M & Landefeld CS. *Physicians' Behavior And Their Interactions With Drug Companies: Aa Controlled Study Of Physicians Who Requested Additions To A Hospital Drug Formulary*. JAMA 1994;271:684-9

A(9)    Manchanda P, Honka E. *The Effects And Role Of Direct-To-Physician Marketing In The Pharmaceutical Industry: An Integrative Review*. Yale J. Health Policy Law & Ethics 2005;5:785-8

A (10)  Avorn J, Chen M, Hartley R. *Scientific Versus Commercial Sources Of Influence On The Prescribing Behavior Of Physicians*. Am J Med. Jul 1982;73(1):4-8

A(11)   Blumenthal D. *Doctors And Drug Companies*. NEJM 2004; 351:1885-90.

4

A(12)   Brennan TA, Rothman DJ, Blank L, Blumenthal D, Chimonas SC, Cohen JJ, Goldman J, Kassirer JP, Kimball H, Smelser N. *Health Industry Practices That Create Conflicts Of Interest: A Policy Proposal For Academic Medical Centers*. JAMA 2006;295:429-33

A (13)  Windmeijer F, de Laat E, Douven R, Mot E. *Pharmaceutical Promotion And GP Prescription Behavior*. Health Econ 2006;15:5-18

A(14)   Chew LD, O'Young TS, Hazlet TK, Bradley KA, Maynard C, Lessler DS. *A Physician Survey On Effect Of Drug Sample Availability On Physicians' Behavior*. JGIM 2000;15:478-83.

A(15)   Boltri JM, Gordon ER, Vogel RL. *Effect Of Antihypertensive Samples On PhysicianPrescribing Patterns*. Family Medicine Nov-Dec 2002;34(10):729-31.

A (16)  Cardarelli R, Licciardone JC, Taylor LG. *A Cross-Sectional Evidence-Based Review Of Pharmaceutical Promotional Marketing Brochures And Their Underlying Studies: Is What They Tell Us Important And True?* BMC Fam Pract. 2006;7:13.

A(17)   Fischer MA, Avorn J. *Economic Implications Of Evidence-Based Prescribing For Hypertension: Can Better Care Cost Less*? JAMA 2004;291:1850-6.

A(18)   Kesselheim AS, Fischer MA, Avorn J. *The Rise And Fall Of Natrecor For Congestive Heart Failure: Implications For Drug Policy*. Health Affairs 2006;25(4):1095-102

A(19)   Ziegler MG, Lew P, Singer BC. *The Accuracy Of Drug Information From Pharmaceutical Sales Representatives*. JAMA 1995;273:1296-8.

A(20)   Avorn J & Soumerai SB. *Improving Drug-Therapy Decisions Through Educational Outreach. A Randomized Controlled Trial Of Academically Based "Detailing"* N Engl J Med 1983; 308:1457-63

A(21)   Avorn J, Soumerai SB, Everitt DE, Ross-Degnan D, Beers MH, Sherman D, Salem-Schatz SR, Fields D. *A Randomized Trial Of A Program To Reduce The Use Of Psychoactive Drugs In Nursing Homes*. N Engl J Med 1992; 327:168-73.

B.      CV Dr. Jerry Avorn.

C.      11/27/06 deposition transcript Dr. Jerry Avorn.

D.      Declared portions of Dr. Jerry Avorn's deposition.

E.      Avorn deposition Exhibit 4, *Show Me The Evidence*, 2006.

F.    CV Dr. Aaron S. Kesselheim

G.    11/27/06 deposition transcript Dr. Aaron S. Kesselheim.

H.    Declaration Dr. Gary A. Sobelson.

I.    CV Dr. Gary A. Sobelson.

J.    11/16/06 Deposition transcript Dr. Gary A. Sobelson.

K.    Declared Portions of Dr. Gary A. Sobelson's Deposition.

L.    Declaration Dr. Marc Sadowsky.

M.    CV Dr. Marc Sadowsky.

N.    12/21/06 Deposition transcript Dr. Marc Sadowsky.

O.    Declared Portions of Dr. Marc Sadowsky's Deposition.

P.    Declaration Shahram Ahari.

Q.    CV Shahram Ahari.

R.    11/28/06 Deposition transcript Dr. Shahram Ahari.

S.    Declared portions of Shahram Ahari.

T.    No exhibit

U.    Line by line of breakdown of legislation (RSA 318:47-f).

V.    IMS Intelligence Applied.

W.    May 5, 2005 Memorandum to Democratic Members of the Government Reform
        Committee.

Respectfully submitted,

Kelly A. Ayotte

Date: February 9, 2007        By____ */s/* Richard W. Head_____

Case No. 06-CV-280-PB

Richard W. Head (N.H. Bar No. 7900)
Senior Assistant Attorney General
33 Capitol Street
Concord, New Hampshire 03301
(603) 271-3643

Hunton & Williams LLP

By     */s/*Thomas R. Julin
    Thomas R. Julin & Patricia Acosta
    *Admitted Pro Hac Vice*
    Fla. Bar Nos. 325376 &  614599
    1111 Brickell Avenue - Suite 2500
    Miami, FL  33131
    305.810.2516 Fax 2460
    tjulin or pacosta@hunton.com

Orr & Reno, P.A.

By     */s/* James P. Bassett
    James P. Bassett & Jeffrey C. Spear
    New Hampshire Bar Nos. 358 & 14938
    One Eagle Square - P.O. Box 3550
    Concord, NH 03302-3550
    603.223.9100 Fax 9000
    jbassett or jspear@orr-reno.com

Attorneys for IMS Health Incorporated and Verispan LLC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was delivered via ECF on

February 9, 2007.

*/s/* Thomas R. Julin
Thomas R. Julin

7

Case No. 06-CV-280-PB