# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**IMS Health Incorporated, et. al.**

    v.                                   Case No. 06-cv-280-PB
                                                  Opinion No. 2007 DNH

**Kelly Ayotte, as Attorney General
of the state of New Hampshire**

## MEMORANDUM AND ORDER

I have consolidated the hearing on the motion for preliminary injunction with the trial on the merits, pursuant to Fed. R. Civ. P. 65(a)(2). I completed that trial on February 5, 2007, and expect to issue a decision on the merits within the next 30 days. Accordingly, the motion for preliminary injunction (Doc. No.5) is denied without prejudice as moot.

SO ORDERED.

                                                          /s/ Paul Barbadoro
                                                         Paul Barbadoro
                                                         United States District Judge

March 14, 2007

cc: Patricia Acosta, Esq.
    Mark Ash, Esq.
    Donald Ayer, Esq.
    James Bassett, Esq.
    Harold Craig Becker, Esq.
    Don L. Bell, II, Esq.
    William Bernstein, Esq.
    Stacy Canan, Esq.
    Craig Donais, Esq.
    Sean Fii-Flynn, Esq.
    Richard Head, Esq.
    Stephen Judge, Esq.
    Thomas Julin, Esq.
    Terri Keville, Esq.
    Garry Lane, Esq.
    Derek Lick, Esq.
    Walter Maroney, Esq.
    Charles Morse, Esq.
    David Rienzo, Esq.
    David Shudock, Esq.
    Jeffrey Spear, Esq.
    Bruce Vignery, Esq.