UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**IMS Health Incorporated, et. al.**

    **v.**　　　　　　　　　　　　　　　　　Civil Action No. 06-CV-280-PB

**Kelly Ayotte, as Attorney General
of the State of New Hampshire**

**J U D G M E N T**

This action came on for trial before the Court, Honorable Paul Barbadoro, District Judge, presiding, and the issues having been duly tried on January 29, 2007 - February 5, 2007, and a decision having been duly rendered on April 30, 2007.

It is Ordered, Declared, and Adjudged

1. That 2006 N.H. Laws Chap. 328, Codified at N.H. Rev. Stat. Ann. §§ 318:47-f, 318:47-g and 318-B:12, violates the First Amendment to the extent that it prohibits the transfer, use, sale, or licensing of prescriber-identifiable data.

2. That the New Hampshire Attorney General is permanently enjoined from enforcing the above-mentioned law to the extent that it prohibits the transfer, use, sale, or licensing of prescriber-identifiable data.

Dated at Concord, New Hampshire, this  7  day of May, 2007.

                                              /s/ James R. Starr
                                            James R. Starr, Clerk of Court