UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2007 MAY 31 P 2: 34

| | |
|---|---|
| IMS HEALTH INCORPORATED, a Delaware corporation and VERISPAN, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>KELLY A. AYOTTE, as Attorney General of the State of New Hampshire,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  Case No. 06-CV-280-PB<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Kelly A. Ayotte, Attorney General, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from Judgment entered in this action on the 7th day of May, 2007.

Respectfully Submitted,

THE STATE OF NEW HAMPSHIRE

By its attorneys,

Kelly A. Ayotte
Attorney General

Date: 5/31/07

By:  Richard W. Head
     Associate Attorney General
     N.H. Bar No. 7900
     1st Cir. No. 62437

33 Capitol Street
Concord, New Hampshire 03301
(603) 271-1248

**Certificate of Service**

     I hereby certify that a copy of the foregoing document was filed in paper form and served in paper form on:

James Bassett
Jeffrey C. Spear
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550

Mark A. Ash
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
2500 Wachovia Capitol Center
Raleigh, North Carolina 27601.

Thomas R. Julin
Patricia Acosta
111 Brickell Avenue – Suite 2500
Miami, FL 33131

By:   Richard W. Head
       Associate Attorney General
       N.H. Bar No. 7900
       1st Cir. No. 62437