UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


**IMS Health Incorporated, et al.**


   **v.**                              Case No. 06-cv-280-PB

**N.H. Attorney General**




## NOTICE OF RULING

**Re**: Document No. 136, Motion for Attorneys Fees
and Expenses
Document No. 139, Motion to Extend Time to Respond

**Ruling**: Upon preliminary review, it is apparent that the fee request is grossly excessive and that a substantial amount of effort would be required to determine what portion of the fee request the court would be prepared to grant.  That effort would be wasted unless the judgment is affirmed on appeal.  Accordingly, I do not intend to rule on the issue until the appeal is resolved. The motion is denied without prejudice (doc. no. 136). All other motions pertaining to document number 136 are denied as moot.


                                           /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           District Judge

Date:  July 16, 2007

cc:    Counsel of Record