**ATTORNEY GENERAL**
**DEPARTMENT OF JUSTICE**

33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

KELLY A. AYOTTE
ATTORNEY GENERAL



ORVILLE B. "BUD" FITCH II
DEPUTY ATTORNEY GENERAL

July 3, 2007

Richard Cushing Donovan, Clerk
United States Court of Appeals
for the First Circuit
2500 John Joseph Moakley Courthouse
One Courthouse Way
Boston, Massachusetts  02210

Re: *IMS Health Incorporated and Verispan, LLC v. Kelly Ayotte, Attorney General of the State of New Hampshire*; Docket No. 07-1945

Dear Clerk Donovan:

Enclosed you will find my Appearance, Transcript Report/Order Form and a Joint Stipulation Regarding the Record for filing in the above-referenced matter.

Very truly yours,

Richard W. Head
Associate Attorney General
First Circuit Court No. 62437
(603) 271-1248

RWH/llm
Enclosures
cc: James P. Bassett, Esquire
cc: Jeffrey C. Spear, Esquire
cc: Mark A. Ash, Esquire
cc: Thomas R. Julin, Esquire
cc: Patricia Acosta, Esquire

203209.doc

Telephone 603-271-3658  •  FAX 603-271-2110  •  TDD Access: Relay NH 1-800-735-2964