UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IMS HEALTH INCORPORATED, a Delaware corporation; VERISPAN, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> KELLY A. AYOTTE, as Attorney General of the State of New Hampshire, <br><br> Defendant. | Case No. 06-CV-280-PB |

JOINT MOTION TO AMEND
JOINT STIPULATION REGARDING THE RECORD ON APPEAL

Plaintiffs, IMS Health Incorporated, Inc. and Verispan LLC, and New Hampshire Attorney General hereby amend their Joint Stipulation Regarding the Record to clarify that the record on appeal consists of the trial exhibits referenced the Joint Stipulation Regarding the Record (D.E. 143) <u>and</u> all items contained in docket entries 1-135, as specified in the Clerk's Certificate to the Court of Appeals, filed on June 15, 2007. *See* (D.E. 135)

Respectfully submitted,

Kelly A. Ayotte

Date: July 26, 2007         By    */s/* Richard W. Head
                                   Richard W. Head (N.H. Bar No. 7900)
                                   Senior Assistant Attorney General
                                   33 Capitol Street
                                   Concord, New Hampshire 03301
                                   (603) 271-3643

                            Hunton & Williams LLP

                            By    */s/*Thomas R. Julin

        Thomas R. Julin & Patricia Acosta
        *Admitted Pro Hac Vice*
        Fla. Bar Nos. 325376 &  614599
        1111 Brickell Avenue - Suite 2500
        Miami, FL  33131
        305.810.2516 Fax 2460
        tjulin or pacosta@hunton.com

Orr & Reno, P.A.

By  */s/* James P. Bassett
    James P. Bassett & Jeffrey C. Spear
    New Hampshire Bar Nos. 358 & 14938
    One Eagle Square - P.O. Box 3550
    Concord, NH 03302-3550
    603.223.9100 Fax 9000
    jbassett or jspear@orr-reno.com

Attorneys for IMS Health Incorporated and Verispan LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered via ECF on July 27, 2007.

                */s/* Thomas R. Julin
                Thomas R. Julin