UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>IMS Health Incorporated, et al</u>

   v.                   Civil No. 06-cv-280-PB

<u>NH Attorney General</u>

   Re: Documents: 159, 160, 165

   Ruling: The motion for stay (DN 165) is granted and all other motions are denied without prejudice.  This is not a complicated problem. The court expects the parties to resolve this matter without further intervention from the court within the time limits specified by the stay. The court will consider imposing sanctions against any party that unreasonably fails to participate diligently and in good faith in the dispute resolution process. If the parties are unable to agree, they shall notify the court and the court will hold a status conference. No further pleadings shall be filed until after the status conference is held.

   So Ordered.

                                  <u>/s/ Paul Barbadoro</u>
                                  Paul Barbadoro
                                  United States District Court Judge

Date:  August 25, 2011

cc:  Counsel of Record